```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH TAYLOR a/k/a HOLLY T,
MATTHEW KRAMER a/k/a DISCO
KILLERZ, and REEM TAOZ a/k/a
GATTUSO,

                Plaintiffs,

    -against-

JANE DOE,

                Defendant.

1:20-cv-03398-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that any opposition by Plaintiffs to the Motion to Quash [*see* ECF No. 15] shall be filed on or before January 5, 2021, and any reply by Defendant shall be filed on or before January 15, 2021.

    IT IS FURTHER ORDERED that the stay of the execution of the subpoena duces tecum entered by the Court on November 6, 2020, for sixty days until January 5, 2021 [ECF No. 12], is extended *sine die*.

**SO ORDERED.**

Date:  **December 15, 2020**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**